**Order entered September 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00422-CR

### NOLAN LAVON JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-48249-M

## ORDER

We **GRANT** court reporter Belinda Baraka's September 13, 2016 second request for an extension of time to file the reporter's records. The time to file the reporter's record is extended to October 12, 2016.

/s/    LANA MYERS
         JUSTICE